# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHARLOTTE P. MOWRY,

        Plaintiff,

v.

HAL NEDERLAND NV, et. al.,

        Defendants.

Case No. CV19-2020 JCC-MLP

**ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE**

## INTRODUCTION

Having reviewed the Joint Status Report and Discovery Plan submitted by the parties (dkt. # 11), the Court hereby sets this case for a jury trial and orders the following pretrial schedule:

| Event | Date |
| --- | --- |
| JURY TRIAL to begin at 9:30 a.m., in Courtroom 16206 on: | 2/8/2021 |
| Deadline for joining additional parties | 3/3/2020 |
| Deadline for amending pleadings | 4/6/2020 |
| Telephone Status Conference regarding Discovery | 5/26/2020 |
| Reports of expert witnesses under FRCP 26(a)(2) due | 8/10/2020 |

ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE - 1

| | |
|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | 8/27/2020 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | 9/11/2020 |
| Discovery to be completed by | 9/11/2020 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 10/12/2020 |
| Mediation per LCR 39.1 held no later than | 10/19/2020 |
| All motions *in limine* must be filed by this date and noted on the motion calendar no later than the third Friday after filing but no later than the Friday before the pretrial conference (*see* LCR 7(d)(4)) | 1/18/2021 |
| Agreed LCR 16.1 Pretrial Order due | 1/25/2021 |
| Trial briefs, proposed voir dire and jury instructions, and trial exhibits due. | 2/4/2021 |

The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause.

If the trial dates assigned to this matter creates an irreconcilable conflict, counsel must notify Tim Farrell, deputy clerk in writing **within ten (10) days** of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**COOPERATION**

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

**EXHIBITS**

The original and one (1) copy of the trial exhibits are to be delivered to Judge Coughenour's chambers by 2/4/2021. Each exhibit shall be clearly marked. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff's exhibits shall be numbered consecutively beginning with #1; Defendants' exhibits shall be numbered consecutively beginning with #201. Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

**SETTLEMENT**

If this case settles, Plaintiff's counsel shall notify deputy clerk, Tim Farrell at (206) 370-8422 or via e-mail at: Tim_Farrell@wawd.uscourts.gov, as soon as possible. Pursuant to LCR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this Order to all parties of record.

DATED this 6th day of February, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge