THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE P. MOWRY,<br><br>     Plaintiff,<br><br>     v.<br><br>HAL NEDERLAND, N.V., a Curacao corporation, HAL ANTILLEN N.V., a Curacao corporation, HOLLAND AMERICA LINE, INC., a Washington for profit corporation, HOLLAND AMERICA LINE – USA, INC., a Delaware for profit corporation, HOLLAND AMERICA LINE N.V., a Curacao corporation; and HOLLAND AMERICA LINE N.V. L.L.C., a Curacao corporation,<br><br>     Defendants. | NO.  2:19-CV-02020-MLP<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION TO CONTINUE TRIAL DATE**<br><br>**Noted for Motion Docket:<br>Monday, July 20, 2020** |

This matter came before the Court on The Parties' Stipulated Motion to Continue Trial Date.  The Court has reviewed the files and records herein, the memoranda submitted and incorporated by the parties in support of and in opposition to the motion, including The Parties' Stipulated Motion to Continue Trial Date; and

ORDER GRANTING PARTIES' STIPULATED MOTION TO
CONTINUE TRIAL DATE   - 1
(NO.  2:19-CV-02020-MLP)

**KRAFT DAVIES P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA  98101
Ph. (206) 624-8844

The Court, being fully advised on this matter, hereby GRANTS the Parties' Stipulated Motion to Continue Trial Date.

WHEREFORE, it is HEREBY ORDERED:

The Parties' Stipulated Motion to Continue Trial Date is GRANTED and the trial is set for September 6, 2021. The Clerk shall issue a new order setting the trial date and pre-trial schedule.

DATED this 24th day of July, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PARTIES' STIPULATED MOTION TO
CONTINUE TRIAL DATE   - 2
(NO.  2:19-CV-02020-MLP)

**KRAFT DAVIES P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA  98101
Ph. (206) 624-8844