THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLOTTE P. MOWRY, | In Admiralty |
| Plaintiff, | No. 2:19-cv-02020-JCC-MLP |
| v. | **ORDER TO CONTINUE TRIAL AND RELATED CASE MANAGEMENT DATES** |
| HAL NEDERLAND, N.V., a Curacao corporation, HAL ANTILLEN N.V., a Curacao corporation, HOLLAND AMERICA LINE, INC., a Washington for profit corporation, HOLLAND AMERICA LINE - USA, INC., a Delaware for profit corporation, and HOLLAND AMERICA LINE N.V., a Curacao corporation; and HOLLAND AMERICA LINE N.V. L.L.C., a Curacao corporation, | |
| Defendants. | |

**ORDER**

Based upon parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the following dates shall be amended as follows:

//

ORDER TO CONTINUE TRIAL AND RELATED CASE MANAGEMENT DATES – Page 1
No. 2:19-cv-02020-JCC-MLP
{29331-00691379;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| Event | Current Date | Proposed Date |
|---|---|---|
| TRIAL DATE | September 14, 2020 | April 11, 2022 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 15, 2021 | October 15, 2021 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR 7(d)(3) or CR 7(a)(2)(B) | March 29, 2021 | October 29, 2021 |
| Discovery completed by | April 12, 2021 | November 12, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)(3)) | May 10, 2021 | December 10, 2021 |
| Mediation per LCR 39.1 held no later than | May 17, 2021 | December 17, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the THIRD Friday thereafter | August 16, 2021 | March 11, 2022 |
| Agreed pretrial order | August 23, 2021 | March 21, 2022 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 9, 2021 | April 4, 2022 |

DATED this 13th day of April, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO CONTINUE TRIAL AND RELATED CASE MANAGEMENT DATES – Page 2
No. 2:19-cv-02020-JCC-MLP

{29331-00691379;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Marissa A. Olsson, Esq.
> Richard J. Davies, Esq.
> Kraft Davies, PLLC
> 600 University St., Suite 1904
> Seattle, WA 98101

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

> *s/Sheila Baskins*
> Sheila Baskins, Legal Assistant
> 4025 Delridge Way S.W., Suite 500
> Seattle, Washington 98106
> Telephone:  206-623-4990
> Facsimile:  206-467-4828
> sbaskins@legros.com

ORDER TO CONTINUE TRIAL AND RELATED CASE MANAGEMENT DATES – Page 3
No. 2:19-cv-02020-JCC-MLP
{29331-00691379;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990