THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLOTTE P. MOWRY, | CASE NO. C19-2020-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HAL NEDERLAND NV, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On April 13, 2021, the Court granted the parties' stipulated motion to continue trial to April 11, 2022, with dispositive motions due December 10, 2021. (Dkt. No. 20.) No such motions were filed. In light of the impending trial date, the Court now ORDERS the parties to file a joint status report within 14 days of this order.

DATED this 14th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-2020-JCC
PAGE - 1