THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE P. MOWRY, | CASE NO. C19-2020-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HAL NEDERLAND, N.V., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulation and order of dismissal (Dkt. No. 25) is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the case is DISMISSED with prejudice and without costs or fees to any party.

DATED this 4th day of May 2022.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C19-2020-JCC
PAGE - 1